JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Office: (916) 367-0630
Facsimile:   (916) 265-9000

Attorneys for Plaintiff,
William Burch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM BURCH,<br><br>　　　　　Plaintiff,<br><br>ABN AMRO MORTGAGE GROUP, INC.; QUALITY LOAN SERVICE CORP.; CITIMORTGAGE, INC.; PLEASANTON VALLEY MORTGAGE dba DIVERSIFIED CAPITAL; MICHAEL CAIRES; and DOES 1 Through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 5:11-cv-03485-EJD<br><br>ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
|---|---|

///
///
///
///
///
///
///
///
///

[PROPOSED] ORDER:

1. The case management conference currently set for September 30, 2011 is hereby continued to **November 4, 2011 at 10:00 AM**

2. On or before **October 28, 2011** the parties shall file a Joint Case Management Statement pursuant to Fed. R. Civ. P. 26 and L.R. 16-9.

**IT IS SO ORDERED.**

DATED: September 23, 2011

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE